UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| TERRIE L. DUGGER ) | |
| ) | |
| v. ) | NO. 2:05-CV-266 |
| ) | |
| JO ANNE B. BARNHARDT, ) | |
| Commissioner of Social Security ) | |

## **J U D G M E N T**

This is an action for judicial review of the final decision of the defendant Commissioner denying the plaintiff's application for disability insurance benefits under the Social Security Act.

Pursuant to a memorandum opinion filed herewith, the plaintiff's motion for summary judgment is **GRANTED IN PART**; the defendant's motion for summary judgment is **DENIED**; and this action is remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further development of the evidence regarding the ALJ's analysis of Dr. Edward's opinion.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE